**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BRIAN A. CAMPBELL (# 88648-079)**                                              **PETITIONER**

**v.**                                                                                                          **No. 1:09CV25-A-D**

**LAWRENCE KELLY, ET AL.**                                                              **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 1st day of February, 2010.

                                                   /s/ Sharion Aycock
                                                   **U.S. DISTRICT JUDGE**